UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEIU LOCAL 74 WELFARE FUND and
SEIU LOCAL 74 PENSION FUND
By Their Trustees SAL ALLADEEN and
JAMES KOSLOSKI

06 CV 4068 (JG)(JO)

**DEFAULT JUDGMENT**

Plaintiffs,

-against-

HAMMERMAN BROS. INC. d/b/a
HAMMERMAN BROTHERS,

Defendant.
------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 12 2007 ★
BROOKLYN OFFICE

This action having been commenced on August 17, 2006, by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served by personal service on the defendant on August 24, 2006 by delivering two (2) true copies of the same to the Secretary of the State of New York, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on April 9, 2007 it is

**ORDERED and ADJUDGED** that the plaintiffs have judgment against defendant, HAMMERMAN BROS. INC. d/b/a HAMMERMAN BROTHERS, in the amount of $3,060.17 and attorneys' fees and costs in the amount of $3,450.00 for a total of $6,510.17. Furthermore, interest shall continue to accrue on the judgment at the rate of ten percent (10%) per annum until paid.

Dated: Brooklyn, New York
April 10, 2007

s/John Gleeson
Honorable John Gleeson
United States District Judge

This document was entered on the docket on _____.